IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **DEBBIE MATHIS** | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-1110 |
| | § | |
| **TARGET CORPORATION** | § | JURY TRIAL DEMANDED |

**PLAINTIFFS' MOTION FOR NONSUIT
WITHOUT PREJUDICE TOWARDS REFILING**

TO THE HONORABLE JUDGE OF THE COURT:

COME NOW, DEBBIE MATHIS, Plaintiff herein, and files this her Motion For Nonsuit Without Prejudice Towards Refiling as to all claims filed against Defendant TARGET CORPORATION.    Plaintiff would show the court as follows:

I.

This matter was resolved prior to Defendant Target Corporation being served with process in this matter.

PREMISES CONSIDERED, Plaintiff prays that this Court nonsuit all of Plaintiff's claims against Defendant Target Corporation without prejudice towards refiling, and that all costs be taxed against the party incurring same, and for such other relief at law and in equity to which Plaintiff may show herself justly entitled.

Respectfully submitted,

Dan Stroup
DAN STROUP, P.C.
3400 W. Marshall, Suite 403
Longview, Texas 75604
Telephone:     (903) 295-2200
Facsimile:     (903) 295-2171


BY:     */s/ Dan Stroup*
           Dan Stroup
           State Bar No. 19425200

ATTORNEY FOR PLAINTIFF
DEBBIE MATHIS

## CERTIFICATE OF CONFERENCE

This matter was settled prior to the Defendant being served with process in this matter.


     */s/ Dan Stroup*
        Dan Stroup